James P. DELSING, Petitioner/Appellant,

v.

Kathleen M. DELSING, Respondent/Respondent.

No. ED 101270.

Missouri Court of Appeals, Eastern District, Division Two.

Oct. 14, 2014.

Robert F. Summers, Jill R. Rembusch, St. Louis, MO, for Petitioner/Appellant.

Byron Cohen, Clayton, MO, for Respondent/Respondent.

Before SHERRI B. SULLIVAN, P.J., MARY K. HOFF, J., and PHILIP M. HESS, J.

## ORDER

PER CURIAM.

James P. Delsing appeals from the trial court's judgment modifying a decree of dissolution upon his motion seeking modification of his child support and his maintenance obligation to Kathleen M. Delsing.

We have reviewed the briefs of the parties and the record on appeal and conclude the trial court committed no reversible error. An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil 84.16(b).